■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McMICHAEL, Appellant. [885 NYS2d 213]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 11, 2007 (*People v Mc-Michael,* 43 AD3d 963 [2007]), affirming a sentence of the Supreme Court, Kings County, imposed December 1, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Balkin and Belen, JJ., concur.